UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

PAUL TATSEOS and
EIJA TATSEOS,
    Plaintiffs,

vs.

TRANSUNION, LLC,
    Defendant.

CASE NO. 2:15-cv-11351

Judge
Magistrate Judge

_____

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
_____

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the 52-3 District Court of Oakland County, Michigan to the United States District Court for the Eastern District of Michigan, on the following grounds:

1.    Plaintiffs Paul Tatseos and Eija Tatseos served Trans Union on or about March 25, 2015, with a Complaint filed in the 52-3 District Court of Oakland County, Michigan.  A copy of the Complaint is attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A**.  No other process, pleadings or orders have been served on Trans Union.

2.    Plaintiffs make claims under, allege that Trans Union violated and allege that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint ¶¶ 1-6, 14-34.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the State 52-3 District Court of Oakland County, Michigan, to the United States District Court for the Eastern District of Michigan.

5. No other parties are named in the Complaint.

6. Notice of this removal will promptly be filed with the 52-3 District Court of Oakland County, Michigan and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the 52-3 District Court of Oakland County, Michigan to this United States District Court for the Eastern District of Michigan.

Date: April 14, 2015                    Respectfully submitted,

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

PAUL TATSEOS and                    CASE NO. 2:15-cv-11351
EIJA TATSEOS,
    Plaintiffs,

    vs.                              Judge
                                     Magistrate Judge

TRANSUNION, LLC,
    Defendant.
_____

## CERTIFICATE OF SERVICE
_____

I, Scott E. Brady, hereby certify that on the **14th day of April, 2015**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| None. | |
|---|---|

I further certify that on the **14th day of April, 2015**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| **Pro Se Plaintiffs**<br>Paul Tatseos and Eija Tatseos<br>905 Buckhorn Drive<br>Lake Orion, MI  48362 | |
|---|---|

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*