# EXHIBIT A

# COMPLAINT TO TRANS UNION, LLC

15-C00008

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. |
|---|---|---|

| Court address 52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307 | | Court telephone no. (248) 853-5553 |
|---|---|---|
| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI  48362 paul.tatseos@gmail.com 248-804-1222 | v | Defendant name(s) and address(es) The Prentice-Hall Corporation System, Inc. Registered Agent for TransUnion, LLC 601 Abbott Rd. East Lansing, MI  48823 |

## COMPLAINT

NOW COME the above named Plaintiffs, Paul Tatseos and Eija Tatseos, pro se, and for their Complaint states as follows:

This is a civil action whereby Plaintiffs seek Preliminary and Permanent Injunctive Relief enjoining Defendant, TransUnion, LLC, from engaging in further violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

An actual controversy exists between the parties, in that the alleged actions of the Defendant has caused and will continue to cause the Plaintiffs substantial harm unless the requested relief is granted.

## INTRODUCTION

1. Plaintiffs have been corresponding in writing, via US Postal Certified Mail, Return Receipt Requested (hereinafter, "CMRRR") with Defendant for over 16 months to correct inaccuracies on Plaintiff's files held and maintained by Defendant, pursuant to 15 U.S.C. § 1681 (i)(a)(1)(A).

2. Plaintiffs communicated to Defendant on August 23, 2013 that Plaintiffs were victims of identity theft on and around the year of 2008, this fraudulent activity being the reason for

RECEIVED FOR FILING
52-3 DISTRICT COURT
2015 JAN - 2  P 4: 49

15-C00008

| STATE OF MICHIGAN | COMPLAINT | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT | | |
| JUDICIAL CIRCUIT | | |
| 52-3DC | | |

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos | | The Prentice-Hall Corporation System, Inc. |
| 905 Buckhorn Dr. | | Registered Agent for TransUnion, LLC |
| Lake Orion MI  48362 | | 601 Abbott Rd. |
| paul.tatseos@gmail.com | | East Lansing, MI  48823 |
| 248-804-1222 | | |

the aforementioned inaccuracies being entered on Plaintiffs' files held and maintained by Defendant.

3. While many inaccuracies have been corrected on Plaintiffs' files held and maintained by Defendant, several inaccuracies remain.

4. Defendant did not "conduct a reasonable reinvestigation" into Plaintiffs' disputes, pursuant to 15 U.S.C. § 1681 (i)(a)(1)(A), rather relied on their "eOscar" computer system to perpetuate inaccurate information.

5. Plaintiffs submitted a "Method of Verification" request, pursuant to 15 U.S.C. § 1681 (i)(a)(7).

6. Defendant demonstrated willful noncompliance by responding to Plaintiffs' "Method of Verification" request with standard form letters containing no specific information relevant to Plaintiffs' request, and by not providing the information pursuant to 15 U.S.C. § 1681 (i)(a)(6)(B)(iii).

**JURISDICTION AND VENUE**

7. Jurisdiction of this court arises under 15 U.S.C. § 1681p.

8. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

RECEIVED FOR FILING
52-3 DISTRICT COURT
2015 JUN -2 P 4: 49

15-000008

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. |
|---|---|---|

| Court address | | Court telephone no. |
|---|---|---|
| 52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307 | | (248) 853-5553 |

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 paul.tatseos@gmail.com 248-804-1222 | | The Prentice-Hall Corporation System, Inc. Registered Agent for TransUnion, LLC 601 Abbott Rd. East Lansing, MI  48823 |

9. Venue is proper, because many of the relevant events occurred within Oakland County in the State of Michigan.

## PARTIES

10. Plaintiffs are Paul Tatseos and Eija Tatseos.

11. Plaintiffs are consumers as defined in 15 U.S.C. § 1681 (a)(c).

12. Defendant is TransUnion, LLC.

13. Defendant a "Consumer Reporting Agency" as defined in 15 U.S.C. § 1681 (a)(b) and 15 U.S.C. § 1681 (a)(f).

## FACTS

14. The Plaintiffs reside in Lake Orion, Oakland County, Michigan.

15. Plaintiffs' consumer reports held by Defendant are as defined by 15 U.S.C. § 1681 (a)(d), et seq.

16. Plaintiffs' first communication to Defendant was on August 23, 2013 notifying Defendant that Plaintiffs were victims of identity theft (copy of letter and proof of receipt can be found in Exhibit 1), providing a proper Police Report as supplemental information (copy of Police Report can be found in Exhibit 2).

RECEIVED FOR FILING 52-3 DISTRICT COURT 2015 JAN -2  P 4: 49

15-CB0008

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. |
|---|---|---|

| Court address | | |
|---|---|---|
| 52-3 DISTRICT COURT 700 BARCLAY CIRCLE ROCHESTER MI 48307 | | Court telephone no. (248) 853-5553 |

| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 paul.tatseos@gmail.com 248-804-1222 | v | Defendant name(s) and address(es) The Prentice-Hall Corporation System, Inc. Registered Agent for TransUnion, LLC 601 Abbott Rd. East Lansing, MI 48823 |
|---|---|---|

17. On October 13, 2014, Plaintiffs sent a letter CMRRR to Defendant disputing items of

information on their consumer reports (copy of letter and proof of receipt can be found in

Exhibit 1). Specifically for Paul Tatseos, the following items were disputed: HSBC account

REDACTED 8962 and Chase Account REDACTED 4312. Specifically for Eija Tatseos, the

following items were disputed: 52-3 District Court Judgment 09C05653GC and 52-3

District Court Judgment 10C008314GC.

18. In Plaintiffs' letter dated October 13, 2014, Plaintiffs very clearly noted that

documentation relevant to the items disputed in paragraph 17 was enclosed with the

communication.

19. The documentation referred to in paragraph 18 specifically was settlement agreements

from a recent complaint that Plaintiffs filed against Equifax Information Services.

20. The settlement agreement referred to in paragraph 19 shows the removal of the items

disputed in paragraph 17 from Plaintiffs' consumer reports held by Equifax Information

Services.

21. On October 29, 2014, Defendant responded to the disputes on Paul Tatseos' consumer

report as "NEW INFORMATION BELOW" (copy of letter can be found in Exhibit 3), but did

not conduct a reasonable reinvestigation, did not consider the new information provided

RECEIVED FOR FILING
52-3 DISTRICT COURT
2015 JAN -1 P 4: 50

15-00008

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. |
|---|---|---|

| Court address | | Court telephone no. |
|---|---|---|
| 52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307 | | (248) 853-5553 |

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 paul.tatseos@gmail.com 248-804-1222 | | The Prentice-Hall Corporation System, Inc. Registered Agent for TransUnion, LLC 601 Abbott Rd. East Lansing, MI 48823 |

and referred to in paragraphs 18-20, but rather relied on their "eOscar" computer system to perpetuate inaccurate information.

22. Defendant's letter dated October 29, 2014 does not provide any new information on Defendant's consumer report, contradicting the statement made by Defendant itself.

23. On November 27, 2014, Defendant responded to the disputes on Eija Tatseos' consumer report as "VERIFIED, NO CHANGE" for item 10C08314GC (copy of letter can be found in Exhibit 3), but did not conduct a reasonable reinvestigation, did not consider the new information provided and referred to in paragraphs 18-20, but rather relied on their "eOscar" computer system to perpetuate inaccurate information, and failed to respond within the 30 day time period required by 15 U.S.C. § 1681 (i)(a)(1).

24. On November 18, 2014, Plaintiffs sent a letter CMRRR to Defendant requesting "Method of Verification" pursuant to 15 U.S.C. § 1681 (i)(a)(7) and 15 U.S.C. § 1681 (i)(a)(6)(B)(iii) for all remaining negative line items (copy of letter and proof of receipt can be found in Exhibit 1).

25. On November 24, 2014, Defendant responded the Plaintiffs' letter referred to in paragraph 24 (copy of letter can be found in Exhibit 3).



| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT **52-3DC** | **COMPLAINT** | **CASE NO.** |
|---|---|---|

| Court address | | Court telephone no. |
|---|---|---|
| 52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307 | | (248) 853-5553 |

| *Plaintiff name(s) and address(es)* | **v** | *Defendant name(s) and address(es)* |
|---|---|---|
| Paul Tatseos & Eija Tatseos<br>905 Buckhorn Dr.<br>Lake Orion MI  48362<br>paul.tatseos@gmail.com<br>248-804-1222 | | The Prentice-Hall Corporation System, Inc.<br>Registered Agent for TransUnion, LLC<br>601 Abbott Rd.<br>East Lansing, MI  48823 |

26. In Defendant's letter dated November 24, 2014, Defendant states that "TransUnion reviews and considers all relevant information you provide…", but did in fact not consider the new information provided and referred to in paragraphs 18-20, but rather relied on their "eOscar" computer system to perpetuate inaccurate information.

### COUNT I – VIOLATION OF 15 U.S.C. § 1681 (I)(a)(1)

27. Plaintiffs restate and re-allege all above paragraphs herein.

28. On October 29, 2014, in responding to Plaintiff's letter dated October 13, 2014, Defendant did not conduct a reasonable reinvestigation prior to reporting as "VERIFIED" or NEW INFORMATION BELOW", each of the four (4) disputed line items referenced in paragraph 17 on Plaintiffs' consumer reports.

29. Defendant's letter dated November 27, 2014 in response to Plaintiffs' letter dated October 13, 2014 was received outside of the 30 day time period required by 15 U.S.C. § 1681 (i)(a)(1)(A), specifically "before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute".  Defendant received Plaintiffs' letter on October 20, 2014, copy of the CMRRR receipt card is included in Exhibit 1.

RECEIVED FOR FILING
52-3 DISTRICT COURT
2015 JAN -2  P 50

15-C60008

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI  48362 paul.tatseos@gmail.com 248-804-1222 | v | Defendant name(s) and address(es) The Prentice-Hall Corporation System, Inc. Registered Agent for TransUnion, LLC 601 Abbott Rd. East Lansing, MI  48823 |
|---|---|---|

## COUNT II – VIOLATION OF 15 U.S.C. §§ 1681 (i)(a)(7) and (i)(a)(6)(B)(iii)

30. Plaintiffs restate and re-allege all above paragraphs herein.

31. In its letter dated November 24, 2014, Defendant misrepresents the nature of its

consideration of additional information provided by Plaintiffs, and in fact does not

consider Plaintiffs' information but rather relies on their "eOscar" computer system to

perpetuate inaccurate information on Plaintiffs' consumer reports for each of the four (4)

disputed line items referenced in paragraph 17.

32. In its letter dated November 24, 2014, Defendant does not provide the information

required by 15 U.S.C. § (i)(a)(6)(B)(iii), specifically: "...including the business name and

address of any furnisher of information contacted in connection with such information

and the telephone number of such furnisher..." for each of the four (4) disputed line items

referenced in paragraph 17.

## COUNT III – VIOLATION OF 15 U.S.C. §§ 1681 (c-2)(a)

33. Plaintiffs restate and re-allege all above paragraphs herein.

34. In its letter dated August 23, 2013, and via all subsequent communication, Plaintiffs

informed Defendant that negative information on Plaintiffs' consumer reports are due to

15-C00008

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. |
|---|---|---|

**Court address**
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307

**Court telephone no.**
(248) 853-5553

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 paul.tatseos@gmail.com 248-804-1222 | | The Prentice-Hall Corporation System, Inc. Registered Agent for TransUnion, LLC 601 Abbott Rd. East Lansing, MI 48823 |

identify theft and should be blocked from reporting, pursuant to 15 U.S.C. §§ 1681 (c-2)(a), yet Defendant continues to report this negative information for each of the four (4) disputed line items referenced in paragraph 17.

### CLAIM FOR RELIEF

WHEREFORE, the Plaintiffs Paul Tatseos and Eija Tatseos, request that this Court enter judgment in its favor and against Defendant in the amount of:

a)  Statutory damages of $1000 per violation as provided by 15 U.S.C. §§ 1681 et seq. for each of the five (5) violations of 15 U.S.C. § 1681 (i)(a)(1) as described in Count I, for a total of $5000.

b)  Statutory damages of $1000 per violation as provided by 15 U.S.C. §§ 1681 et seq. for each of the four (4) violations of 15 U.S.C. §§ 1681 (i)(a)(7) and (i)(a)(6)(B)(iii) as described in Count II, for a total of $4000.

c)  Statutory damages of $1000 per violation as provided by 15 U.S.C. §§ 1681 et seq. for each of the four (4) violations of 15 U.S.C. §§ 1681 1681 (c-2)(a) as described in Count III, for a total of $4000.

RECEIVED FOR FILING
52-3 DISTRICT COURT
2015 JAN - 2  P 2: 5

15-C00008

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO.  |
|---|---|---|

**Court address**
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307

**Court telephone no.**
(248) 853-5553

| *Plaintiff name(s) and address(es)*<br>Paul Tatseos & Eija Tatseos<br>905 Buckhorn Dr.<br>Lake Orion MI  48362<br>paul.tatseos@gmail.com<br>248-804-1222 | v | *Defendant name(s) and address(es)*<br>The Prentice-Hall Corporation System, Inc.<br>Registered Agent for TransUnion, LLC<br>601 Abbott Rd.<br>East Lansing, MI  48823 |
|---|---|---|

d) Punative damages as provided by 15 U.S.C. §§ 1681 et seq. as this Court may deem just

and proper.

e) Defendant's actual costs of this action, including but not limited to court filing fees to be

determined at filing time.

f) Injunctive relief as provided by 15 U.S.C. §§ 1681 et seq. by ordering removal of

inaccurate information from Plaintiffs' consumer reports.

g) Any and all other relief as the Court may deem just and proper.

Respectfully submitted

Paul E Tatseos & Eija K Tatseos
248-804-1222
905 Buckhorn Drive
Lake Orion, MI  48362

January 2, 2015

RECEIVED FOR FILING
52-3 DISTRICT COURT
2015 JAN -2  P 4: 50

**Exhibit 1 – Plaintiffs' Letters**



Paul E. Tatseos
905 Buckhorn Drive
Lake Orion, MI 48362
SSN: REDACTED
Certified Mail #7012 3050 0000 0787 7469

August 23, 2013

Fraud Department
Transunion
P.O. Box 6790
Fullerton, CA 92834-6790

Dear Sir or Madam:

I am writing to alert you to the theft of my identity which has resulted in numerous incidents of
fraudulent activity on my credit report. Please place an Extended Alert (7-year alert) on my credit file. I
have included a copy of the Federal Trade Commission's *Identity Theft Victims' Complaint and Affidavit*
as well as a copy of the associated police report.

As proof of identity, I have included a copy of my State of Michigan driver's license.

Should any further information be required, please contact me only by written correspondence. It is
inconvenient for me to receive telephone calls at any time or at any number.

Regards,
Paul E. Tatseos

Enclosures:
*Identity Theft Victims' Complaint and Affidavit*
Oakland County, MI - Sheriff's Police Report
Copy of Michigan driver's license





Paul & Eija Tatseos
905 Buckhorn Dr.
Lake Orion, MI 48362
Paul's Report No: 334061130   Eija's Report No: 337816415
Certified Mail #7012 3050 0000 0788 1619

October 13, 2014

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Dear Sir or Madam:

We are writing to dispute all remaining negative trade lines on our consumer reports, and request that
you remove this negative information from our consumer reports in its entirety, as follows:

For Paul Tatseos (Report No: 334061130):
- **HSBC** account number REDACTED
- **Chase** account number REDACTED

For Eija Tatseos (Report No: 337816415):
- **52-3 District Court** judgment numbers 09C05653GC and 10C008314GC

As documentation for this request, I provide the following:

1. Settlement agreement from our recent lawsuit against Equifax Information Services (US District
   Court Eastern District of Michigan, case *4:14-cv-12073-MAG-DRG Tatseos et al v. Equifax
   Information Services LLC*). This settlement agreement is in the form of cleansed consumer reports
   from Equifax, and shows the removal of the above mentioned negative information.
2. The most recent letter related to requests for Method of Verification for the public record disputes
   on Eija's report. As you have not yet responded to these letters, you are in severe violation of the
   FCRA at this time, and subject to penalties for FCRA 616 Willful Noncompliance.

As I hope is clear from my victorious lawsuit against Equifax, I will not hesitate to file suit against your company as well, if needed, to clear this negative information. I truly hope that you remove these negative entries promptly to save not only both of us time and money, but the time of the courts as well.

Regards,

Paul & Eija Tatseos

Enclosures
Copy of Paul Tatseos' consumer report from Equifax Information Services LLC dated 9/22/2014
Copy of Eija Tatseos' consumer report from Equifax Information Services LLC dated 9/22/2014
Copy of the latest Method of Verification letter for Eija Tatseos dated 4/24/2014





Paul & Eija Tatseos
905 Buckhorn Dr.
Lake Orion, MI 48362
Paul's Report No: 348454065  Eija's Report No: 337816415
Certified Mail # 7012 3050 0000 0788 1633

November 18, 2014

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Dear Sir or Madam:

We recently disputed the following entries on our credit reports, and request a FCRA 611(a)(6) & (7) Method of
Verification:

For Paul Tatseos (Report No: 0919503380):
•   **HSBC account number** REDACTED
•   **Chase account number** REDACTED

For Eija Tatseos (Report No: 0232078690):
•   **S2-3 District Court Judgment numbers 09C0S653GC and 10C008314GC**

I have received your responses, summarized as follows:
•   **"New Information Below":** HSBC REDACTED Chase REDACTED. Unfortunately, the line items
    remain on the consumer report and it appears that no additional information was added.
•   **No response: S2-3 District Court Judgment numbers 09C0S653GC and 10C008314GC.** You are in violation of
    FCRA regulations for not responding within the regulatory time frame.

In all cases, we find the lack of supporting documentation to be unsatisfactory.    Please provide a FCRA 611(a)(6) &
(7) Method of Verification including the following at a minimum:
•   A description of the procedure used to determine the accuracy and completeness of the information for these
    public records
•   Name, address and phone number of anyone contacted during this investigation and used to determine the
    accuracy and completeness of the information for these public records

Please also provide copies of any additional documentation that might have been provided by the original source.
If you are unable to provide this information, please delete these public records from our consumer reports.

Regards,


Paul & Eija Tatseos



**Exhibit 2 – Police Report**

CR No: 130129480

 COPY

# OAKLAND COUNTY SHERIFF OFFICE
1200 N TELEGRAPH RD
PONTIAC MI 48341
248-858-5000



## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 130129480 | 2609 - Identity Theft [26003] |
| Report Date/Time | Occurrence Date/Time |
| 08/23/2013 16:34 | 08/23/2013 16:34 |
| Location | Call Source |
| 2525 JOSLYN RD | TELEPHONE |
| Dispatched Offense | Verified Offense |
| 2600 FRAUD | 2609 Identity Theft |
| County | City/Twp/Village |
| 63 - Oakland | 15 - Orion Twp |
| Division | |
| ORT - Orion Patrol | |

### Action Requested:

[ ] Arrest warrant          [ ] Review only

[ ] Search warrant          [ ] Forfeiture

[ ] Juvenile petition       [ ] Other

Created On 08/27/2013 01:39 PM

CR No: 130129480

COPY

## Offenses:

**2609 - Identity Theft   [OSBUHLP (01313)]**

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 26C - Impersonation / A | 26003 - FRAUD -IMPERSONATION | |
| Crime Against | Location Type | Offense Completed |
| PR | 20 - Residence/Home | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

## People:

**SUSPECT, UNKNOWN (S-SUSPECT)   [OSBUHLP (01313)]**

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| SUSPECT | UNKNOWN | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| | U | UNKNOWN | | | | |

**TATSEOS, EIJA KRISTIINA (V-VICTIM)   [OSBUHLP (01313)]**

| Victim Type | | Victim of | | | | |
|---|---|---|---|---|---|---|
| I - Individual | | 2609 - Identity Theft | | | | |
| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
| | VC | TATSEOS | EIJA | KRISTIINA | | |
| Aliases | | | Driver License# | DL State | DL Country | Personal ID# |
| | | | T322197478873 | MI | USA | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| 11/14/1967 (45) | F | WHITE | Unknown | | | |
| Street Address | | | Apt # | County | Country | Home Phone | Work Phone |
| 905 BUCKHORN DR | | | | Oakland | USA | | |
| City | | | State | Zip | Cell Phone | Email |
| LAKE ORION | | | MI | 48362-2827 | 248-404-8484 | |
| Notes | | | | | | |
| Victim | | | | | | |
| Victim Injury | | | | | | |

**TATSEOS, PAUL EDWARD (V-VICTIM)   [OSBUHLP (01313)]**

| Victim Type | | Victim of | | | | |
|---|---|---|---|---|---|---|
| I - Individual | | 2609 - Identity Theft | | | | |
| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
| | CO | TATSEOS | PAUL | EDWARD | | |
| Aliases | | | Driver License# | DL State | DL Country | Personal ID# |
| | | | T322676189153 | MI | USA | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| 02/28/1969 (44) | M | WHITE | Unknown | | | |
| Street Address | | | Apt # | County | Country | Home Phone | Work Phone |
| 905 BUCKHORN DR | | | | Oakland | USA | | |
| City | | | State | Zip | Cell Phone | Email |
| LAKE ORION | | | MI | 48362-2827 | 248-804-1222 | |
| Notes | | | | | | |
| Victim/complainant. | | | | | | |
| Victim Injury | | | | | | |

**BUHL, P (O-OTHER) (L-POLICE OFFICER)   [OSBUHLP (01313)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | OF | Buhl | P | | | DEPUTY |

Created On 08/27/2013 01:39 PM

CR No: 130129480

## COPY

| Aliases | | | Driver License# | | DL State | DL Country | Personal ID# |
|---|---|---|---|---|---|---|---|
| 1313 | | | | | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship | |
| | | UNKNOWN | | | | | |
| Street Address | | Apt # | County | Country | Home Phone | Work Phone | |
| 2525 Joslyn Rd | | | | USA | | | |
| City | State | Zip | Cell Phone | Email | | | |
| Lake Orion | MI | 48360 | | | | | |

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-393-0090 |

Notes
**Reporting Deputy.**

### Property:

**5800 - Identity-Intangible (damaged reputations, disclosed confidential information, Etc) 5466   [OSBUHLP**

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 66 | 66 - Identity-Intangible | K - Miscellaneous | | |
| Status | | | Count | Value |
| S - Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.) | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| Identity | | | | |
| Recovered Date/Time | Location | Owner | | |
| | | ⌐. | | |

### Narrative:

| CR No: 130129480-001   Written By: OSBUHLP (01313)   Date: 08/23/2013 08:38 PM |
|---|

**SOURCE:**
Walk in complaint at the sub station.

**SUMMARY:**
Identity theft report.

**INFORMATION:**
On August 23, 2013, in the Township of Orion, County of Oakland, I, Deputy Buhl, to a complaint of an identity theft at the Orion Township substation.  I met with the victims Paul and Eija Tatseos.

**INTERVIEW WITH PAUL TATSEOS:**
Paul is the husband of Eija Tatseos for 19 years.  Paul stated that in April of 2013 he discovered that his identity had been stolen.  Paul stated he discovered that it had actually happened back in 2008.  Paul stated he discovered it had happened by receiving paperwork from the state.

Paul stated his wife, who he stated is bi-polar, is in charge of the finances.  Paul stated his wife

CR No: 130129480

 COPY

knew about credit issues dating back several years, but she never told him about it. Paul stated the bipolar disorder his wife has prevented her from telling him about money problems. Paul stated his wife could not tell him because it would make her bipolar issues worse.

**INTERVIEW WITH EIJA TATSEOS:**

Eija is the wife of Paul Tatseos for 19 years. Eija stated she has bipolar and did not advise her husband of notices she had received for credit related issues dating back several years. Eija stated she was not medicated 7 (seven) years ago and has since been receiving therapy and medication for her illness.

**ACTION TAKEN:**

A report was taken for the Tatseos. Their paperwork from the Federal Trade Commission and witness statements were attached to this report.

**STATUS:**

Closed.

**Exhibit 3 – Defendant's Letters**

*** 348A5AD6S-004 ***
P.O. Box 2000
Chester, PA 19022-2000

10/29/2014    TransUnion. 

P3YMGE0070303S-I006705-003239895
ıılıııˈlıllılıˈlıˈlˈlıllılıˈˈllılˈlˈˈˈˈlˈˈˈlılllˈˈˈ
PAUL E. TATSEOS
905 BUCKHORN DR
LAKE ORION, MI 48362-2827

*You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None
of your personal information or your credit information will be collected through this online survey.
We value your feedback!*

*http://transunionmail.periscopeiq.com* 

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you
disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the
corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a
consumer statement that contains medical information related to service providers or medical procedures, then you
expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain
documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you
may request that TransUnion send an updated report to those who received your report within the last two years for
employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name,
address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| CHASE HOME FINANCE LLC | REDACTED | NEW INFORMATION BELOW |
| HSBC BANK USA N A | REDACTED | NEW INFORMATION BELOW |

P 3YMGT-002 01035-I006205 01/06



Page: 1 of 2

File Number: 348454065
Date Issued: 10/29/2014

-Begin Credit Report-

TransUnion.



**CHASE HOME FINANCE LLC** REDACTED ( P O BOX 24696, COLUMBUS, OH 43224, (800) 848-9136 )

| | |
|---|---|
| Date Opened: | 01/23/2003 |
| Responsibility: | Individual Account |
| Account Type: | Installment Account |
| Loan Type: | HOME EQUITY LOAN |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 11/26/2012 |
| Payment Received: | $0 |
| Last Payment Made: | 06/27/2010 |
| High Balance: | $126,800 |

| | |
|---|---|
| Pay Status: | >Account Paid in Full; was a Charge off< |
| Terms: | $0 per month, paid Monthly for 120 months |
| Date Closed: 11/26/2012 | |
| >Maximum Delinquency of 120 days in 06/2010 for $5,748 and in 07/2010 for $7,284< | |

Remarks: >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 11/2016

| Rating | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X |

| Rating | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X |

| Rating | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 12/2009 | 11/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | | | | | | | | |

| Rating | 10/2009 | 09/2009 |
|---|---|---|
| | | |

**HSBC BANK USA N :** REDACTED ( PO BOX 4604, BUFFALO, NY 14240, (716) 651-6146 )

| | |
|---|---|
| Date Opened: | 11/12/1999 |
| Responsibility: | Individual Account |
| Account Type: | Mortgage Account |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/18/2012 |
| Payment Received: | $0 |
| Last Payment Made: | 05/07/2012 |
| High Balance: | $216,800 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Terms: | $2,978 per month, paid Monthly for 360 months |
| Date Closed: 09/18/2012 | |
| >Maximum Delinquency of 120 days in 11/2009 and in 09/2012< | |

Remarks: >FORECLOSURE INITIATED<; >FORECLOSURE COLLATERAL SOLD<
Estimated month and year that this item will be removed: 11/2015

| Rating | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| Rating | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | OK | |

| Rating | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | OK | | OK | | | | | |

| Rating | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OK | | OK | | OK | | | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 |
|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OR | OK |

- End of investigation results –

To view a free copy of your full, updated credit file, go to our website **www.transunion.com/fullreport**

P 3YMQT-002 01035-4006207 03:06

\*\*\* 337616415-057 \*\*\*
P.O. Box 2000
Chester, PA 19022-2000

11/27/2014    TransUnion 

P4171I002045784035727-003873213

EIJA KRISTINA TATSEOS
905 BUCKHORN DR
LAKE ORION, MI 48362-2827

*You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey. We value your feedback!*

*http://transunionmall.periscopeiq.com*



Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CIVIL JUDGMENT | DOCKET# 9C05653GC | DELETED |
| PAID CIVIL JUDGMENT | DOCKET# 10C08314GC | VERIFIED, NO CHANGE |

P 4171J-002 04578-l036727 01/10

Page: 1 of 1

File Number:    337816415
Date Issued:    11/27/2014



TransUnion.

**-Begin Credit Report-**

Public Records

**OAKLAND CNTY 52 DISTRICT** Docket #: 10C08314GC ( 135 BARCLAY CI, ROCHESTER HILL, MI 48307, (248) 853-5553 )

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 07/13/2011 | Type: | PAID CIVIL JUDGMENT | Amount: | $13,946 |
| Date Paid: | 01/04/2013 | Responsibility: | Individual Debt | Court Type: | Circuit Court |
| Date Updated: | 11/24/2016 | Plaintiff: | ASSET ACCEPTANCE LLC | | |

Estimated month and year that this item will be removed: 06/2018

**- End of Investigation results -**

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

**-End of Credit Report-**

P 4171J-002 04578-035729 03/10

```
***143650065-008***
PO Box 2000
Chester, PA 19022
```

File Number:    348454065
Page:    1 of 1
Date Issued:    11/25/2014

 TransUnion.

```
P<1231002041314008261-009824543
```
PAUL E TATSEOS
905 BUCKHORN DR
LAKE ORION, MI 48362-2827

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. We have provided the information below in response to your request.

Re: Investigation Procedure

TransUnion reviews and considers all relevant information you provide, and we either will make changes to your report based on the information you provide, or we will investigate your dispute by contacting the source of the information. Each source we contact is provided all relevant information regarding your dispute, including your letter and all documents provided by you at the time of the dispute, and is requested to verify the accuracy and/or completeness of the information reported. For public record information, TransUnion or a third-party we hire will check the applicable local, state and federal court records to verify the accuracy and/or completeness of the information reported.

Once the verification responses are received, they are reviewed and the disputed information is updated accordingly. Changes made to your credit report are reflected on the investigation results that are sent to you at the conclusion of our investigation. If you have any questions regarding the results of the investigation, please contact the creditor(s) directly.

If you have additional questions or concerns, please contact TransUnion at 800-916-8800, at the address shown below, or visit us on the web at www.transunion.com for general information. When contacting our office, please provide your current file number 348454065.

P.O. Box 2000
Chester, PA 19002-2000

P 41231-002 04131-008261 01/02