# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (FLINT)

| | |
|---|---|
| PAUL TATSEOS and<br>EIJA TATSEOS,<br>  Plaintiffs, | CASE NO. 2:15-cv-11351-TGB-MKM |
| vs. | Judge Terrence G. Berg<br>Magistrate Judge Mona K. Majzoub |
| TRANSUNION, LLC,<br>  Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Paul Tatseos and Eija Tatseos, *pro se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 5/28/15

_____
Paul Tatseos
905 Buckhorn Drive
Lake Orion, MI 48362

*Pro Se Plaintiff*

Date: 5/28/15

_____
Eija Tatseos
905 Buckhorn Drive
Lake Orion, MI 48362

*Pro Se Plaintiff*

Date: 5/29/15

_____
William R. Brown, Esq. (IN #26782-48)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com
        sbrady@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail: ban@maddinhauser.com

*Local Counsel for Defendant, Trans Union, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| PAUL TATSEOS and<br>EIJA TATSEOS,<br>        Plaintiffs, | CASE NO. 2:15-cv-11351-TGB-MKM |
| vs. | Judge Terrence G. Berg<br>Magistrate Judge Mona K. Majzoub |
| TRANSUNION, LLC,<br>        Defendant. | |

## CERTIFICATE OF SERVICE

I, Scott E. Brady, hereby certify that on the **29th day of May, 2015**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| None. | |
|---|---|

I further certify that on the **29th day of May, 2015**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| **Pro Se Plaintiffs**<br>Paul Tatseos and Eija Tatseos<br>905 Buckhorn Drive<br>Lake Orion, MI  48362 | |
|---|---|

*s/ Scott E. Brady*
William R. Brown, Esq. (IN #26782-48)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
         sbrady@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*